UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE DIVISION

Dwight D. Shupe
1932 Fleetwood Dr.
Kingsport, TN. 37660
Name of plaintiff(s)

v.

Tennessee Student Assistance Corporation
Suite 1510, Parkway Towers
404 James Robertson Parkway
Nashville, TN. 37243-0820
Name of defendant(s)

Case No. 2:12-cv-247
(to be assigned by Clerk)
Judge Greer

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I was declared disabled by the Social Security Administration, a federal government agency, on Sept. 14, 2009. The Tennessee Student Assistance Corporation has garnisheed my Income Tax Refund 2012 and Social Security Disability Payments 2012, thus far, for a total of $6,630.98. I wish to have these monies refunded.

2. Plaintiff, Dwight D. Shupe resides at
1932 Fleetwood Dr., Kingsport
street address / city

Sullivan, TN, 37660, 423-398-5331.
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, TENNESSEE STUDENT ASSISTANCE CORP, lives at, or its business is located at SUITE 1510, PARKWAY TOWERS

| 404 JAMES ROBERTSON PARKWAY | , NASHVILLE , |
|---|---|
| street address | city |
| DAVIDSON , TN. | , 37243-0820 . |
| county state | zip code |

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

THIS CLAIM IS FILED UNDER THE ADVISEMENT OF CONGRESSMAN PHIL ROE BECAUSE THE DEFENDANT IS A FEDERAL ENTITY. THE SOCIAL SECURITY ADMINISTRATION APPROVED AND DECLARED MY DISABILITY ON MAY 30, 2011, WITH A RETROACTIVE EFFECTIVE DATE OF SEPTEMBER 14, 2009. IN July 2011, DOCUMENTS WITH THIS INFORMATION WERE MAILED TO TENNESSEE STUDENT ASSISTANCE CORPORATION (TSAC). IN FEBRUARY 2012, TSAC GARNISHED MY 2011 INCOME TAX RETURN. BEGINNING MARCH 2012, TSAC BEGAN GARNISHING MY SOCIAL SECURITY DISABILITY PAYMENTS. AS OF DATE TSAC GARNISHMENT OF MY ASSETS TOTAL $6,630.98. TSAC HAS NO MERIT TO IGNORE AND OVERRULE THE SOCIAL SECURITY ADMINISTRATION. THIS CLAIM IS FILED REQUESTING REFUND OF THESE MONIES TO ME AND CEASING OF ALL COLLECTION ACTIVITY BY TSAC.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. I REQUEST THE COURT TO DECLARE I WAS DISABLED ON SEPT. 14, 2009, AND THAT TSAC, UNJUSTIFIABLY, GARNISHEED MY ASSETS IN YEAR 2012.

b. I REQUEST THE COURT TO ENFORCE TSAC TO RETURN ALL ASSETS THAT WAS GARNISHEED IN 2012.

c. I REQUEST THE COURT TO DECLARE THAT THE SOCIAL SECURITY ADMINSTATION IS SUFFIENT IN DECLARING ME DISABLED.

d. I REQUEST THE COURT TO DEMAND TSAC TO REFUND ME ALL MY ASSETS, AND CEASE ANY AND ALL FUTURE ACTIONS TOWARD ME.

E. TSAC FORM TITLED, REQUEST FOR REVIEW, SECTION 11.4, REQUESTS INFORMATION REGUARDING BANKRUPTCY WHICH IS AN INVASION OF PRIVACY AND SHOULD BE REMOVED FROM THE FORM.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _JUNE_ day of _12_, 20_12_.

Dwight D. Shupe
1932 FLEETWOOD DR.
KINGSPORT, TN. 37660
423-398-5331

Signature of plaintiff (s)